# Exhibit 1

OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR STEPHENS COUNTY, OKLAHOMA

| | |
|---|---|
| HERNANDEZ, CHRISTIAN VS. CAPITAL ONE | No. CJ-2024-00138<br>(Civil relief more than $10,000: COMPLAINT)<br>Filed: 10/25/2024<br>Judge: RUSSELL, G. BRENT |

## PARTIES

HERNANDEZ, CHRISTIAN, Plaintiff
CAPITAL ONE, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|

## EVENTS

None

## ISSUES

1. COMPLAINT

## DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 10/25/2024 | [ TEXT ] | | | $ 163.00 |
| | | FILE ENT PETITION MH | | |
| | | Document Available (#1083289355) 🗎TIFF 📄PDF | | |
| | | (Entry with fee only) | | $ 6.00 |
| | | (Entry with fee only) | | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/07 | | $ 25.00 |

| | |
|---|---:|
| LENGTHY TRIAL FUND - EFFECTIVE 1/1/05 | $ 10.00 |
| OK COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 10% OF CASA TO COURT CLERK REVOLVING FUND | $ 0.50 |
| OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 10% OF COJC TO COURT CLERK REVOLVING FUND | $ 0.16 |
| COURTHOUSE SECURITY FEE | $ 10.00 |
| 10% OF CHSC TO COURT CLERK REVOLVING FUND | $ 1.00 |
| STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | $ 0.45 |
| 15% TO DISTRICT COURT REVOLVING FUND | $ 2.48 |
| COURT CLERK PRESERVATION FUND | $ 10.00 |

| | |
|---|---:|
| **10/25/2024  [ TEXT ]** | $ 6.06 |
| AJE: COST DUE TO CARD ALLOCATION FEE | |
| **10/25/2024  [ TEXT ]** | $ -4.08 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.04 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.63 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.25 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.06 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.15 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.18 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.25 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.13 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.03 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.25 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ -0.01 |
| AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| **10/25/2024  [ TEXT ]** | $ 10.00 |
| ISSUE SUMMONS | |
| Document Available (#1083289921)  TIFF    PDF | |

| Date | Type | Description | Amount |
|---|---|---|---|
| 10/25/2024 | [ TEXT ] | AJE: COST DUE TO CARD ALLOCATION FEE | $ 0.25 |
| 10/25/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.25 |
| 11/06/2024 | [ TEXT ] | SUMMONS RET'D W/CERT MAIL CARD: DEFT SERVED VIA CERT MAIL. UNABLE TO READ SIGNATURE OR DATE. KA<br>Document Available (#1083386092)  TIFF   PDF | |
| 11/19/2024 | [ TEXT ] | QUALIFIED SPECIAL ENTRY OF APPEARANCE AND RESERVATION OF TIME DK<br>Document Available at Court Clerk's Office | |